# United States Court of Appeals for the Federal Circuit

---

**AXONICS, INC.,**
*Appellant*

v.

**MEDTRONIC, INC.,**
*Appellee*

---

2022-1534

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00713.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered June 9, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

July 17, 2023  /s/ Jarrett B. Perlow
Date  Jarrett B. Perlow
  Clerk of Court